UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 24-CV-80352-ROSENBERG

HOWARD COHAN,

    Plaintiff,

vs.

IM NY BOCA LLC,
d/b/a IL MULINO NEW YORK,

    Defendant.
_____/

### NOTICE OF PENDING SETTLEMENT

Plaintiff, HOWARD COHAN ("Plaintiff") , by and through undersigned counsel, pursuant to Local Rule 16.4, hereby gives notice that Plaintiff and Defendant, IM NY BOCA LLC d/b/a IL MULINO NEW YORK ("Defendant") (collectively "Parties"), have reached an agreement in principle for the resolution of this matter and are in the process of finalizing settlement documents. Plaintiff respectfully requests that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to finalize the settlement documents and file the notice of dismissal to close this matter out.

Dated this 11th day of April, 2024.

| BY: *s/ Jason S. Weiss* | BY: *s/ Miguel Morel* |
|---|---|
| Jason S. Weiss | Miguel Morel |
| Jason@jswlawyer.com | MAMorel@littler.com |
| Florida Bar No. 356890 | Florida Bar No. 89163 |
| **WEISS LAW GROUP, P.A.** | **Littler Mendelson PC** |
| 5531 N. University Drive, Suite 103 | 333 SE 2nd Ave, Suite 2700 |
| Coral Springs, FL 33067 | Miami, FL 33131 |
| Tel: (954) 573-2800 | 305.400.7535 direct/561.504.8761 mobile |
| | |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |